IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAIDEN GALAVIZ (02) | No. 2:25-CR-083-Z (02)<br>(Supersedes indictment filed 8/28/25 as to Galaviz only) |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Possession with Intent to Distribute 5 Grams
or More of Methamphetamine (Actual)
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii))

On or about April 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Kaiden Galaviz**, defendant, did knowingly and intentionally possess with intent to distribute 5 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**Kaiden Galaviz**
**Superseding Information - Page 1**

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*/s/ Anna Marie Bell*

Anna Marie Bell
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:    806-324-2399
E-Mail:        anna.bell@usdoj.gov